UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RUBY HOOKER, ET AL | CIVIL ACTION NO. 16-cv-0229 |
| VERSUS | JUDGE JAMES |
| RICKY CAMPBELL, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **Motion for Partial Dismissal (Doc. 5)** filed by the Franklin Parish defendants is **granted** as follows: (1) Plaintiffs may not assert demands on behalf of other residents of their neighborhood; (2) all official capacity claims under 42 U.S.C. § 1983 against the members of the Franklin Parish Police Jury (Ricky Campbell, K.W. Parks, Larry Wheeler, Samantha "Sam" Wiggins, James Harris, and W.H. Robinson) are dismissed without prejudice; (3) all individual capacity claims under 42 U.S.C. § 1983, 42 U.S.C. § 1981, and Title VI against the members of the Franklin Parish Police Jury (Ricky Campbell, K.W. Parks, Larry Wheeler, Samantha "Sam" Wiggins, James Harris, and W.H. Robinson) are dismissed with prejudice; (4) all claims

against the Franklin Parish Police Jury for punitive damages under 42 U.S.C. § 1983 are dismissed with prejudice; (5) any claim under the Fair Housing Act is dismissed without prejudice; and (6) all claims against the Franklin Parish Police Jury that are asserted under 42 U.S.C. § 1981 are dismissed with prejudice. All claims against the members of the police jury (Ricky Campbell, K.W. Parks, Larry Wheeler, Samantha "Sam" Wiggins, James Harris, and W.H. Robinson) have been resolved, so the Clerk of Court is directed to terminate them as parties to the case.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the **Motion for Partial Dismissal (Doc. 13)** filed by Kenneth McManus and McManus Consulting Engineers is **granted** as follows: (1) all Title VI claims against Kenneth McManus are dismissed with prejudice ; and (2) all claims against Kenneth McManus and McManus Consulting Engineers that are asserted under 42 U.S.C. § 1981 are dismissed with prejudice.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 22nd day of November, 2016.

*[Signature]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE